IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NIMA GHARAVI, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:25-CV-150-RP |
| X CORP., | § § § | |
| Defendant. | § § | |

**ORDER**

Plaintiff filed a request to the Clerk of the Court to issue a subpoena to Defendant on January 30, 2025. (Dkt. 1). A few days later, Plaintiff filed a motion for permission to file electronically. (Dkt. 3). The Court has granted Plaintiff's motion. (Text Order, 8/19/25). Plaintiff has otherwise not taken any action to prosecute her case and move it forward.

Plaintiff's pro se status does not excuse their failure to prosecute her case. "[P]ro se parties must still comply with the rules of procedure." *Ogbodiegwu v. Wackenhut Corrs. Corp.*, 202 F.3d 265, 1999 WL 1131884, at *2 (5th Cir. 1999) (per curiam) (citing *Haines v. Kerner*, 404 U.S. 519, 520 (1972); *Grant v. Cellular*, 59 F.3d 523, 524 (5th Cir. 1995)). "'The notice afforded by the Rules of Civil Procedure and the local rules' is 'sufficient' to advise pro se litigants of their burden;" and "no 'particularized additional notice' for pro se litigants is required." *Thorn v. McGary*, 2017 WL 1279222, at *2 (5th Cir. April 5, 2017) (quoting *Martin v. Harrison Cty. Jail*, 975 F.2d 192, 193 (5th Cir. 1992) (per curiam)).

"An unrepresented party . . . must timely inform the court of any change in the party's or attorney's mailing address, e-mail address, signature, or telephone or fax number. The court may sanction a party for the party's . . . failure to do so, including dismissal of the party's claims or defenses." W.D. Tex. Loc. R. CV-10(d).

2

Accordingly, Plaintiff is **ORDERED** to show cause, in the form of a written submission to the Court filed on or before **September 3, 2025**, as to why this matter should not be dismissed for want of prosecution. Failure to do so timely will result in dismissal of those claims. *See* FED. R. CIV. P. 4(m); FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district courts may dismiss cases for want of prosecution or failure to comply with a court order).

**SIGNED** on August 20, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE