# Exhibit A

# Nima Gharavi

| | |
|---|---|
| **From:** | TXWD_ECF_help <txwd_ecf_help@txwd.uscourts.gov> |
| **Sent:** | Wednesday, February 12, 2025 3:30 PM |
| **To:** | Nima Gharavi |
| **Subject:** | RE: 1:25-mc-00150-UA |

[External email - use caution]

Thank you for your inquiry.  We have forwarded your request to the divisional office.  Please await from response from them on more information.

If you have not heard from them by tomorrow, please also call them at **Phone**: (512) 916-5896

Thank you,

TXWD ECF Help Desk
U.S. District Court
Western District of Texas
Support Hours: 8am - 6pm CT
Monday - Friday (excluding holidays)

---

**From:** Nima Gharavi <nima@midwestwrestle.com>
**Sent:** Wednesday, February 12, 2025 3:26 PM
**To:** TXWD_ECF_help <txwd_ecf_help@txwd.uscourts.gov>
**Subject:** 1:25-mc-00150-UA

**CAUTION - EXTERNAL:**


Hello ECF Help Desk,

I understand per attached that non-prisoner pro se litigants must motion the Court for approval to become electronic filing users, and that an Order granting my motion must accompany this registration form in order for my registration to be processed.

Per docket entry #4 in civil action 1:25-mc-00150-UA, I did motion the court for permission; however, because my case-type did not initially require a judicial assignment, I am wondering whether:

   a)   The motion is currently pending judicial review; or
   b)   Because no judge is currently assigned, the motion will not be reviewed

If it is "b" above, may I ask if there is a mechanism to manually request judicial review?

I recently encountered a similar conundrum in the Central District of California, whereby it required manual intervention to request judicial review of my motion to e-file.  In that instance, the Chief Article III judge of that district reviewed and approved my motion for e-filing even though that case (2:25-mc-00002-UA) technically remains unassigned.

The purpose of this request is to be prepared for possible further action in the case in the form of either a motion to compel or a motion to quash.

Thank you,

Nima Gharavi
(773) 899-4688

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.