# Exhibit C



CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:25-cv-00150-RP

Gharavi v. X Corp.  
Assigned to: Judge Robert Pitman  
Cause: 17:512 Digital Millennium Copyright Act  

Date Filed: 01/30/2025  
Date Terminated: 01/31/2025  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question  

**Petitioner**

Nima Gharavi      represented by    Nima Gharavi  
Nima Gharavi  
4610 North Clark St. #1098  
Chicago, IL 60640  
773-899-4688  
Email: dmca@midwestwrestle.com  
PRO SE  

V.

**Respondent**

X Corp.

**Movant**

X Corp.  
*In Re: Subpoena Issued to X Corp.*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2025 | 1 | NOTICE of Filing Petition For Issuance of Subpoena pursuant to 17 U.S.C. 512(h) by Nima Gharavi (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2 - Subpoena, # 4 Exhibit 3 - Declaration, # 5 Electronic Filing, # 6 Receipt, # 7 Envelope)(cr5) (Entered: 01/31/2025) |
| 01/31/2025 | 2 | Remark: Subpoena issued to X Corp. and mailed to Petitioner. (cr5) (Entered: 01/31/2025) |
| 02/04/2025 | 3 | Pro Se MOTION for Permission to file Electronically by Nima Gharavi. (Attachment(s): # 1 Exhibit) (cc3) (Entered: 02/06/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/21/2025 09:51:45 | | | |
| **PACER Login:** | ngharavi | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-00150-RP End date: 2/4/2025 |

| Billable Pages: | 1 | Cost: | 0.10 |