IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NIMA GHARAVI, | § | |
| Plaintiff, | § | |
| v. | § | 1:25-CV-150-RP |
| X CORP., | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING MOTION FOR CLARIFICATION**

The Court having considered Petitioner Nima Gharavi's Motion for Clarification of Order Dated August 22, 2025, and being fully advised in the premises, finds that clarification is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion for Clarification is **GRANTED**.

2. The Court **CLARIFIES** that this proceeding was a DMCA § 512(h) subpoena request pursuant to 17 U.S.C. § 512(h), which is a *sui generis* proceeding distinct from a traditional civil action.

3. The Court further **CLARIFIES** that the subpoena was successfully executed when X Corp. voluntarily complied with the subpoena on May 30, 2025.

4. The proceeding is **CLOSED** as successfully completed.

1

IT IS SO ORDERED.

**SIGNED** on _____, 2025.

                                                    HON. ROBERT PITMAN
                                                    UNITED STATES DISTRICT JUDGE